THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
THOMAS F. WYNN, Respondent.

(Argued June 8, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made December 29, 1890, which reversed a judgment of the
Court of General Sessions of the Peace entered upon a ver-
dict convicting the defendant for violating section 351 of the
Penal Code.

*McKenzie Semple* for appellant.

*William F. Howe* for respondent.

Agree to affirm on opinion below.
All concur, except EARL and PECKHAM, JJ., dissenting.
Judgment affirmed.

----

JENNIE J. HOLCOMB, Respondent, *v.* THE TOWN OF CHAMPION,
Appellant.

(Submitted June 8, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made February 3, 1891, which affirmed a judgment in favor
of plaintiff entered upon a verdict, and affirmed an order deny-
ing a motion for a new trial.

*Mullin & Griffin* for appellant.

*Porter & Walts* for respondent.

Agree to affirm on opinion below.
All concur, except O'BRIEN, J., taking no part.
Judgment affirmed.